IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **KAREN M. THOMPSON,**<br>    **Plaintiff,**<br>    v.<br>**COMMISSIONER OF SOCIAL SECURITY,**<br>    **Defendant.** | **Case No. 2:14-cv-660**<br>**Judge Peter C. Economus**<br>**Magistrate Judge Terrence P. Kemp**<br>**MEMORANDUM OPINION AND ORDER** |

This matter is before the Court for consideration of the Report and Recommendation of the Magistrate Judge. (ECF No. 19.) The Magistrate Judge recommended, that the Court remand this action to the Commissioner. (*Id.*)

Plaintiff Karen M. Thompson filed this action seeking review of a decision of the Commissioner of Social Security denying her applications for disability insurance benefits and supplemental security income. The Magistrate Judge found that the Administrative Law Judge ("ALJ") failed to base his decision on substantial evidence. Specifically, the Magistrate Judge found that Plaintiff's case required a more in depth analysis of Plaintiff's depression and the functional limitations caused by depression symptoms.

The Report and Recommendation of the Magistrate Judge specifically advised the parties that failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report & Recommendation, ECF No. 14 at 22.) The time period for filing objections to the Report and Recommendation has expired. No party has objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation of the Magistrate Judge pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. Accordingly, Plaintiff's Statement of Errors is **SUSTAINED**, and this action is hereby **REMANDED** to the Commissioner for further consideration of plaintiffs medical impairments**.**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE